

July 26, 2019

**Via ECF**
Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        **RE:**   *Jose M. Mendez v. Chatham Parking Systems Inc. et al*
                Civil Action No. 17-cv-09316

Dear Judge Gorenstein:

    This firm represents Defendants Chatham Parking Systems Inc., Eleanor Kaplan, and Stanley Kwong (collectively, the "Chatham Defendants"). We write jointly on behalf of both parties to inform Your Honor that the parties have reached a settlement in principle. The settlement conference scheduled for August 6, 2019 is no longer needed. A settlement agreement will be finalized next week and FLSA settlement approval papers will be filed with the court within fourteen days.

    We thank you for your time and attention to this matter.

                                              Sincerely,

                                              /s/

                                              Megan Dubatowka